**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CARLOS NAVARRO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:07CV381** |
| | ) | |
| **TYSON FRESH MEATS, INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on consideration of the Joint Stipulation to Compel the Production of Unemployment Records of Plaintiff (Filing No. 18). The parties seek the record of the plaintiff Carlos Navarro from the Nebraska Department of Labor. The Court, being fully advised, finds that the Joint Stipulation of the parties should be granted.

The Nebraska Department of Labor is compelled to produce any and all unemployment records in its file concerning Plaintiff including, but not limited to: information regarding past employers, records of work injuries; wage information; reports concerning attempts to obtain employment; any and all information regarding unemployment compensation received and any and all other documents pertaining to the Plaintiff, Carlos Navarro. The Nebraska Department of Labor is directed to comply with this Order within fifteen (15) days.

**IT IS SO ORDERED.**

DATED this 5th day of February, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge