# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS NAVARRO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV381 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TYSON FRESH MEATS, INC., | ) | |
| a subsidiary of TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jerome Okolo to withdraw as counsel for the plaintiff (Filing No. 38).[1] Mr. Okolo states he is relocating out of state to pursue opportunities outside the practice of law. On June 20, 2008, the court gave the plaintiff an opportunity to oppose the motion or obtain new counsel until July 21, 2008. **See** Filing No. 39. Mr. Okolo personally served his motion on the plaintiff on June 24, 2008. **See** Filing No. 42. The plaintiff has not filed any response to the motion and no substitute counsel has yet entered an appearance. However, there is no evidence in the record Mr. Okolo served a copy of the court's June 20, 2008 order on the plaintiff. Under the circumstances, the court will allow the plaintiff some additional time to comply with the court's order. Accordingly,

**IT IS ORDERED:**

1. Jerome Okolo's motion to withdraw (Filing No. 38) is held in abeyance.

2. The plaintiff shall have to **on or before September 2, 2008**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case. The hyperlinked documents appear in blue underlined text. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

an appearance, the plaintiff will be considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

    3.    The Clerk of Court shall mail a copy of this order to the plaintiff at his last known addresses:

> Carlos Navarro
> 4909 W. Norfolk Avenue, Lot 1
> Norfolk, NE  68701

    4.    The plaintiff shall have to **on or before September 26, 2008**, to respond to the defendant's Motion for Summary Judgment (Filing No. 43).

DATED this 12th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
