# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS NAVARRO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV381 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TYSON FRESH MEATS, INC., | ) | |
| a subsidiary of TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jerome Okolo to withdraw as counsel for the plaintiff (Filing No. 38).[1] Mr. Okolo states he is relocating out of state to pursue opportunities outside the practice of law. On June 20, 2008, the court gave the plaintiff an opportunity to oppose the motion or obtain new counsel until July 21, 2008. **See** Filing No. 39. Mr. Okolo personally served his motion on the plaintiff on June 24, 2008. **See** Filing No. 42. There being no evidence in the record that counsel served the court's order on the plaintiff, on August 12, 2008, the court extended the deadline and mailed a copy of the order to the plaintiff at his last known address. **See** Filing No. 47. The plaintiff has not filed any response to the motion and no substitute counsel has yet entered an appearance. Accordingly,

**IT IS ORDERED:**

1. Jerome Okolo's motion to withdraw (Filing No. 38) is granted. The Clerk of Court shall discontinue any notice of this case to Mr. Okolo.

2. The plaintiff is hereby considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case. The hyperlinked documents appear in blue underlined text. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

4. The plaintiff shall have to **on or before September 30, 2008**, to respond to the defendant's Motion for Summary Judgment (Filing No. 43).

5. The Clerk of Court shall provide a copy of this order to the plaintiff at his last known address:

>Carlos Navarro
>1309 Logan
>Norfolk, NE 68701

DATED this 3rd day of September, 2008.

>BY THE COURT:
>
>s/Thomas D. Thalken
>United States Magistrate Judge