IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS NAVARRO, | ) | 8:07CV381 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FRESH MEATS, Inc., a | ) | |
| subsidiary of, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion for Extension of Time. (Filing No. 52.)  For good cause shown, Defendant's Motion is granted.

IT IS THEREFORE ORDERED that:

1.    Defendant's Motion for Extension of Time (filing no. 52) is granted. This matter shall be progressed as follows.

2.    The Final Pretrial Conference is rescheduled as follows:

   a.    Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order.  The Order should be submitted to the plaintiff and to any other parties by **March 2, 2009**.  The plaintiff shall provide additions and/or proposed deletions to Defense counsel  by **March 16, 2009.**  Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **March 30, 2009**.  If a party proposes an addition or

deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

b.      The Final Pretrial Conference will be held before Magistrate Judge David L. Piester on **April 15, 2009, at 9:00 a.m.**  Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

c.      If a plaintiff is held in an institution, the pretrial conference will be by telephone.  In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

3.     The trial date will be set by Magistrate Judge Piester at the time of the Final Pretrial Conference.

4.     The Clerk of the court is directed to set a pro se case management deadline in this case using the following text:  Pretrial conference before Magistrate Judge Piester to be held on April 15, 2009.

February 3, 2009.                    BY THE COURT:

                                     s/ Joseph F. Bataillon_____
                                     Chief United States District Judge

2